UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                                                         Chapter 11

                                                                                              Case No. 16-10449 (JLG)
Hot Shot HK, LLC
                                                                                              Jointly Administered


                                        Debtor.
----------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve om the Official Committee of Unsecured Creditors of Hot Shot HK, LLC:

1. Novelty Textiles, Inc.
   2944 East 44th St.
   Vernon, CA 90058
   Attention: Sean Ktm, VP
   Telephone: (323) 581-3724

2. A Plus Fabrics, Inc.
   3040 East 12th Street
   Los Angeles, CA 90023
   Attention: Eliot Tishbi, President
   Telephone: (213) 746-1100

3. Fabric Selection, Inc..
   800 East 14th St.
   Los Angeles, CA 90021
   Attention: Rosita Neman
   Telephone: (213) 747-6297

4. Nobel Textile, Inc.
   845 S. San Pedro Street
   Los Angeles, CA 90014
   Attention: Robert Omidi
   Telephone: (213) 622-6858

    5.  Samtex Fabrics, Inc.
        1418 18th Street
        Los Angeles, CA 90021
        Attention: Justin Kachan
        Telephone: (213) 742-0200

Dated: New York, New York
       March 9, 2016

                      Sincerely,

                      WILLIAM K. HARRINGTON
                      UNITED STATES TRUSTEE, Region 2

                      By    */s/ Paul Schwartzberg*
                            Paul Schwartzberg, Trial Attorney
                            U.S. Department of Justice
                            Office of the United States Trustee
                            201 Varick Street, Room 1006
                            New York, NY 10014
                            Tel. (212) 510-0500
                            Fax (212) 668-2255