ASK LLP
151 West 46th Street, 4th Floor
New York, New York 10036
Tel.:    212-267-7342
Fax:    212-918-3427
Edward E. Neiger, Esq.
Dina Gielchinsky, Esq.

*Proposed Counsel for Official Committee*
*of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                      :         Chapter 11
                                           :
HOT SHOT HK, LLC,                          :         Case No. 16-10449 (JLG)
                                           :
Debtor.                                    :
-------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby submits this notice of appearance in the above-captioned case on behalf of the Official Committee of Unsecured Creditors, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

ASK LLP
Edward E. Neiger, Esq.
Dina Gielchinsky, Esq.
151 West 46th Street, 4th Floor
New York, New York 10036
Tel.: 212.267.7342
Fax: 212.918.3427
Email: eneiger@askllp.com
dgielchinsky@askllp.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: March 11, 2016
      New York, New York

                        ASK LLP
By:   /s/ *Edward E. Neiger*
       Edward E. Neiger, Esq.
       Dina Gielchinsky, Esq.
       151 West 46th Street, 4th floor
       New York, New York 10036
       Tel: 212.267.7342
       Fax: 212.918.3427
       Email: eneiger@askllp.com
              dgielchinsky@askllp.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*